JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE RODNEY PAYNE, | Case No. ED CV 14-1344-CAS (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARTIN D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 20, 2014

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE